IN RE CASES HELD FOR THE DECISION IN STATE V. THOMAS.

2016-Ohio-7561.]

(Submitted October 11, 2016—Decided November 2, 2016.)

---

{¶ 1} The judgments of the court of appeals in the following cases are affirmed on the authority of *State v. Thomas,* 148 Ohio St.3d 248, 2016-Ohio-5567, 70 N.E.3d 496.

{¶ 2} 2015–0947. *State v. Kent,* 8th Dist. Cuyahoga No. 101853, 2015-Ohio-1546, 2015 WL 1851525.

{¶ 3} 2015–0994. *State v. Bryan,* 8th Dist. Cuyahoga No. 101209, 2015-Ohio-1635, 2015 WL 1959702.

{¶ 4} 2015–1273. *State v. Hill,* 2015-Ohio-2389, 37 N.E.3d 822 (8th Dist.).

{¶ 5} 2015–1810. *State v. Owens,* 8th Dist. Cuyahoga No. 102276, 2015-Ohio-3881, 2015 WL 5608250.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent and would reinstate the sentences imposed by the trial courts.

{¶ 6} The judgments of the court of appeals in the following cases are also affirmed on the authority of *Thomas,* 148 Ohio St.3d 248, 2016-Ohio-5567, 70 N.E.3d 496.

{¶ 7} 2015–1357. *State v. Irby,* 8th Dist. Cuyahoga No. 102263, 2015-Ohio-2705, 2015 WL 4065750.

{¶ 8} 2015–1592. *State v. Stearns,* 8th Dist. Cuyahoga No. 102463, 2015-Ohio-3239, 2015 WL 4759448.

{¶ 9} 2015–1767. *State v. Wheeler,* 8th Dist. Cuyahoga No. 102375, 2015-Ohio-3768, 2015 WL 5455941.

{¶ 10} 2015–1950. *State v. Brown,* 8th Dist. Cuyahoga No. 102377, 2015-Ohio-4372, 2015 WL 6392257.

{¶ 11} 2015–1986. *State v. Jackson,* 8th Dist. Cuyahoga No. 102271, 2015-Ohio-4490, 2015 WL 6550676.

{¶ 12} 2015–1987. *State v. Burton,* 8th Dist. Cuyahoga No. 102378, 2015-Ohio-4494, 2015 WL 6550559.

{¶ 13} 2015–1988. *State v. Frost,* 8th Dist. Cuyahoga No. 102376, 2015-Ohio-4493, 2015 WL 6550551.

{¶ 14} 2015–2043. *State v. Jenkins,* 8th Dist. Cuyahoga No. 102462, 2015-Ohio-4583, 2015 WL 6796810.

{¶ 15} 2016–0490. *State v. Gales,* 8th Dist. Cuyahoga No. 102809, 2016-Ohio-588, 2016 WL 694560.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent and would reverse the court of appeals' judgments and remand the causes to the trial courts with instructions to sentence the defendants pursuant to the law in effect at the time of the offense.